**Dismiss and Opinion Filed July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01650-CR

### JORGE RIZO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-51864-T**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
121650F.U05